Former decision, 565 U.S. 963, 132 S. Ct. 457, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7534.

**No. 11-5082. Derek N. Jarvis, Petitioner v. Grady Management, Inc., et al.**

565 U.S. 1075, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8314.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 889, 132 S. Ct. 266, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5260.

**No. 11-5115. Gregg Moore, Petitioner v. Illinois.**

565 U.S. 1075, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8446.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 890, 132 S. Ct. 270, 181 L. Ed. 2d 159, 2011 U.S. LEXIS 5787.

**No. 11-5224. Adeline Cotton Ricks, Petitioner v. Newport News Shipbuilding and Dry Dock Company, et al.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8463.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 896, 132 S. Ct. 284, 181 L. Ed. 2d 170, 2011 U.S. LEXIS 5589.

**No. 11-5271. Mark A. Gleason, Petitioner v. California.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8411.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 898, 132 S. Ct. 290, 181 L. Ed. 2d 175, 2011 U.S. LEXIS 5524.

**No. 11-5295. Ethan Book, Jr., Petitioner v. Richard Tobin, et al.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8323.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 900, 132 S. Ct. 293, 181 L. Ed. 2d 177, 2011 U.S. LEXIS 5576.

**No. 11-5304. Elena Sturdza, Petitioner v. United Arab Emirates, et al.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8425.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 900, 132 S. Ct. 295, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5391.

**No. 11-5307. Elena Sturdza, Petitioner v. United Arab Emirates, et al.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 517, 2011 U.S. LEXIS 8362.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 900, 132 S. Ct. 295, 181 L. Ed. 2d 179, 2011 U.S. LEXIS 5635.

**No. 11-5360. Rodney Ash, Petitioner v. Philadelphia Prison System, et al.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8381.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 903, 132 S. Ct. 301, 181 L. Ed. 2d 183, 2011 U.S. LEXIS 5448.

**No. 11-5502. Ali El Ghannam, Petitioner v. Suburban Hospital Inc., et al.**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8358.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 911, 132 S. Ct. 321, 181 L. Ed. 2d 198, 2011 U.S. LEXIS 6191.

**No. 11-5507. Robert Singleton, Petitioner v. Six Flags Over Georgia, et al.**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8377.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 911, 132 S. Ct. 321, 181 L. Ed. 2d 199, 2011 U.S. LEXIS 6217.

**No. 11-5526. Christopher Darnell Stratton, Petitioner v. Texas (five judgments).**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8420.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 912, 132 S. Ct. 324, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 6143.

**No. 11-5571. Teresa Polite, Petitioner v. Arkansas Department of Correction.**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8448.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 914, 132 S. Ct. 329, 181 L. Ed. 2d 205, 2011 U.S. LEXIS 6216.

**No. 11-5650. Thomas Rea, Petitioner v. Wal-Mart Store 1105.**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8343.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 948, 132 S. Ct. 407, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7313.

**No. 11-5711. Jose Luis Buenrostro, aka Jose Luis Buen Rostro, Petitioner v. United States.**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8405.

November 28, 2011. Petition for rehearing denied.